UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

13 FEB -7 AM 10:00

UNITED STATES OF AMERICA,

              Plaintiff,

vs.

REINA EVELIA MAJORS,

              Defendant.

CASE NO. 13cr0048-JLS

DEPUTY

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**x**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of Methamphetamine (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/6/13

William V. Gallo
U.S. Magistrate Judge